UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHNNY GARRETT,

    Plaintiff,

v.                                                          CASE NO. 6:14-cv-1226-Orl-40TBS

STATE OF ILLINOIS,

    Defendants.
_____/

## **ORDER**

Plaintiff, a prisoner incarcerated in the State of Illinois and proceeding *pro se*, filed what appears to be a civil rights complaint, but he failed to either pay the required filing fee or submit a motion for leave to proceed *in forma pauperis*. Additionally, the complaint is not written on the form required for use by *pro se* litigants.

As currently written, the complaint, which is written as a letter, fails to contain much of the information required in a civil rights complaint. For example, the allegations are vague and conclusory, the defendants in this case are not properly identified, and the historical information concerning Plaintiff's prior federal cases has not been provided.

If Plaintiff chooses to file a civil rights complaint in this Court to address any alleged constitutional violations, he must submit a fully completed civil rights complaint form, and he must submit a copy of the form for each Defendant for service of process. If Plaintiff desires to proceed in forma pauperis in this Court, he must submit a fully

completed affidavit of indigency. The Clerk's Office shall send to Plaintiff both the form for a civil rights complaint and the form for a motion for leave to proceed in forma pauperis. Plaintiff should not place this case number on the form, as the Clerk of the Court will assign a separate case number.

This case will be dismissed without prejudice to give Plaintiff the opportunity to properly file a civil rights complaint and to either pay the appropriate filing fee or submit an affidavit of indigency to the Court.

Accordingly, it is now **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED** without prejudice. The Clerk of the Court is directed to close this case and to enter judgment dismissing this case without prejudice.

**DONE AND ORDERED** in Chambers in Orlando, Florida, this 30th day of July, 2014.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 7/30
Johnny Garrett